**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ILLUMINATION INNOVATION, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 2:11-cv-00027-TJW** |
| | § | |
| | § | |
| **ACE HARDWARE CORPORATION,** | § | |
| **AMAZON.COM, INC.,** | § | |
| **LEDTRONICS TECHNOLOGIES, INC.,** | § | |
| **6766285 CANADA INC., DBA** | § | |
| **DIVVALI LIGHTING,** | § | |
| **DORCY INTERNATIONAL,** | § | |
| **LED DYNAMICS, INC.,** | § | |
| **LEDTRONICS, INC.,** | § | **JURY TRIAL DEMANDED** |
| **LOWE'S HOME CENTERS, INC.,** | § | |
| **NITE IZE, INC.,** | § | |
| **SEARS BRANDS, LLC,** | § | |
| **SEARS HOLDINGS MANAGEMENT** | § | |
| **CORPORATION, DBA SEARS,** | § | |
| **SEARS, ROEBUCK AND COMPANY,** | § | |
| **SUPER BRIGHT LEDS, INC., and** | § | |
| **TERRALUX, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER OF DISMISSAL OF DEFENDANTS ACE HARDWARE**
**CORPORATION, AMAZON.COM, INC., LOWE'S HOME CENTERS, INC.,**
**NITE IZE, INC., SEARS BRANDS, LLC, SEARS HOLDINGS CORPORATION,**
**DOING BUSINESS AS SEARS, AND SEARS, ROEBUCK AND COMPANY**

CAME ON THIS DAY for consideration the Motion of the Plaintiff to dismiss all claims

asserted in this action against Defendants Ace Hardware Corporation, Amazon.Com, Inc.,

Lowe's Home Centers, Inc., Nite Ize, Inc., Sears Brands, LLC, Sears Holdings Corporation,

doing business as Sears, and Sears, Roebuck and Company (collectively, "Defendants") and the

Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted in this action by Plaintiff Illumination Innovation, LLC against Defendants are hereby dismissed with prejudice.  It is further ORDERED that the Court shall retain exclusive jurisdiction over Illumination Innovation, LLC and Nite Ize, Inc. for the purpose of resolving any disputes relating to, or to enforce the terms of, the Settlement and License Agreement entered into by and between them in connection with this action.  It is further ORDERED that all costs are assessed against the party who incurred them.

SIGNED this 11th day of July, 2011.


_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE