**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ILLUMINATION INNOVATION, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-00027-TJW** |
| | § | |
| | § | |
| **ACE HARDWARE CORPORATION,** | § | |
| **AMAZON.COM, INC.,** | § | |
| **LEDTRONICS TECHNOLOGIES, INC.,** | § | |
| **6766285 CANADA INC., DBA** | § | |
| **DIVVALI LIGHTING,** | § | |
| **DORCY INTERNATIONAL,** | § | |
| **LED DYNAMICS, INC.,** | § | |
| **LEDTRONICS, INC.,** | § | **JURY TRIAL DEMANDED** |
| **LOWE'S HOME CENTERS, INC.,** | § | |
| **NITE IZE, INC.,** | § | |
| **SEARS BRANDS, LLC,** | § | |
| **SEARS HOLDINGS MANAGEMENT** | § | |
| **CORPORATION, DBA SEARS,** | § | |
| **SEARS, ROEBUCK AND COMPANY,** | § | |
| **SUPER BRIGHT LEDS, INC., and** | § | |
| **TERRALUX, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER OF DISMISSAL OF
DEFENDANT SUPER BRIGHT LEDS, INC.**

CAME ON THIS DAY for consideration the Motion of the Plaintiff to dismiss all claims asserted in this action against Defendant Super Bright LEDs, Inc., and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted in this action by Plaintiff Illumination Innovation, LLC against Defendant Super Bright LEDs,

Inc. are hereby dismissed with prejudice. It is further ORDERED that all costs are assessed against the party who incurred them.

SIGNED this 18th day of July, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE